**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

COLYNN SNOW,

                    Plaintiff,

vs.                                      Case No. 3:10-cv-927-J-99TJC-MCR

FLORIDA HIGHWAY SAFETY AND
MOTOR VEHICLES, et al.,

                    Defendants.

_____

## ORDER

This case is before the Court on plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2).  The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 7), recommending that plaintiff's case be dismissed for failure to prosecute.

Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 7), it is hereby

**ORDERED**:

1.      The Report and Recommendation (Doc. 7) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2.      This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a).  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of January, 2011.

_____

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se parties